STATE ex rel BLISS, *Appellant,*
*v.*
MASON, *Respondent.*
(No. C 77-11-15709, DA 141133, CA 10086)
577 P2d 544

Lois J. Portnoy, Portland, argued the cause and filed the brief for appellant.

James C. Rhodes, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *Grant v. Shobe,* 18 Or App 188, 524 P2d 550 (1974); *Ault/Gilbert v. Purcell,* 16 Or App 664, 519 P2d 1285, *rev den, cert den* 419 US 858 (1974); *State ex rel Hood v. Purcell,* 8 Or App 532, 494 P2d 461, *rev den, cert den* 409 US 1061 (1972).